| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>NANCY ISAACSON, ESQ. (NI/1325)<br>GREENBAUM, ROWE, SMITH & DAVIS LLP<br>75 Livingston Avenue, Suite 301<br>Roseland, New Jersey  07068-3701<br>(973) 535-1600 | **Order Filed on August 15, 2019<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey** |
| In Re:<br><br>VINCENT I. OLSEN,<br><br>                                                Debtor. | Case No.    14-11273 (SLM)<br><br>Chapter 7<br><br>**Hearing Date:  June 24, 2019 at 10 am**<br><br>Hon. Stacey L. Meisel |

**AMENDED ORDER (1) APPROVING THE SALE OF THE DEBTOR'S REAL PROPERTY, FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS SUBJECT ONLY TO OUTSTANDING REAL ESTATE, WATER, AND SEWER TAXES, (II) WAIVING THE 14 DAY STAY OF <u>ORDER APPROVING THE SALE UNDER FED.R.BANKR.PROC. 6004(h)</u>**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: August 15, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

5736863.1

Page 2)
Debtor:       Vincent I. Olsen
Case No.:    14-11273 (SLM)
Amended Order (I) Approving The Sale Of The Debtor's Real Property, Free And Clear Of Liens, Claims, Encumbrances And Interests Subject Only To Outstanding Real Estate, Water, And Sewer Taxes, (II) Waiving The 14 Day Stay Of Order Approving The Sale Under Fed.R.Bankr.Proc. 6004(H) and (III) Granting Related Relief

**THIS MATTER** having been opened to the Court upon the Application of Nancy Isaacson, Chapter 7 Trustee (the "Trustee") for Vincent I. Olsen, the captioned debtor ("Debtor") for entry of an order (1) authorizing the sale of real property located at 9 Adina Terrance, Montville, New Jersey ("Property") to Joe Huang for the sum of $310,000.00 ("Purchase Price"), (2) waiving the 14 day stay of the order authorizing the sale under Fed.R.Bankr.Proc. 6004(h); and (3) granting related relief ("Application"); and it appearing that good and sufficient notice of the Application was given to all parties requesting notice, certain creditors affected by a sale and Debtor; and it further appearing that no objections to the relief requested in the Application were filed; and it further appearing that no other parties appeared at the hearing and bid on the Property and the Court having considered all of the papers submitted and for good cause shown, it is hereby,

**ORDERED** as follows:

(1)    The Application is granted; ^as set forth herein;

(2)    The sale of the Property to Joe Huang is approved. The sale of the Property is free and clear of liens, claims, encumbrances and interest subject only to outstanding real estate, water, and sewer taxes authorized, with such liens, claims, encumbrances and interests to attach to the proceeds of sale pursuant to 11 U.S.C. § 363(f);

(3)    The closing shall take place within thirty (30) days of entry of this Order on the

5736863.1

Page 3)
Debtor:      Vincent I. Olsen
Case No.:    14-11273 (SLM)
             Amended Order (I) Approving The Sale Of The Debtor's Real Property, Free And Clear
             Of Liens, Claims, Encumbrances And Interests Subject Only To Outstanding Real Estate,
             Water, And Sewer Taxes, (II) Waiving The 14 Day Stay Of Order Approving The Sale
             Under Fed.R.Bankr.Proc. 6004(H) and (III) Granting Related Relief

docket maintained for this bankruptcy proceeding or on a date as extended by Nancy Isaacson, the

Seller and Joe Huang, the Buyer.

    (4)    The 14 stay of this order is hereby waived; and

    (5)    Trustee is authorized to pay real estate broker(s) at closing.

5736863.1