UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FEE APPLICATION COVER SHEET

Debtor: Vincent I. Olsen          Applicant: Greenbaum, Rowe, Smith & Davis LLP

Case No.: 14-11273                Client: Nancy Isaacson, Chapter 7 Trustee

Chapter: 7                        Case Filed: January 25, 2014

SECTION I
FEE SUMMARY

☐ Interim Fee Application No. ___ or  ☒ Final Fee Application

|  | **Fees** | **Expenses** |
|---|---|---|
| Total Previous Fee Requested | $0.00 | $0.00 |
| Total Fees Allowed | $0.00 | $0.00 |
| Total Retainer (If Applicable) | $0.00 | $0.00 |
| Total Holdback (If Applicable) | $0.00 | $0.00 |
| Total Received by Applicant | $0.00 | $0.00 |

| **Name of Professional & Title** | **Year Admitted** (Or Years of Professional Service) | **Hours** | **Rate** | **Fee** |
|---|---|---|---|---|
| Maureen Montague Counsel | 1992 | 6.3 | $450.00 | $2,835.00 |
| Thomas Waldman Counsel | 1984 | 15.2 | $360.00 | $5,472.00 |
| Thomas Waldman Counsel | 1984 | 23.30 | $375.00 | $8,737.50 |
| Thomas Waldman Counsel | 1984 | 81.10 | $390.00 | $31,629.00 |
| Thomas Waldman Counsel | 1984 | .80 | $400.00 | $320.00 |
| Nancy Isaacson Partner | 1985 | 1.30 | $410.00 | $533.00 |
| Nancy Isaacson Partner | 1985 | .70 | $425.00 | $297.50 |
| Nancy Isaacson Partner | 1985 | 4.40 | $450.00 | $1,980.00 |

3873065.1

| Nancy Isaacson Partner | 1985 | 14.40 | $475.00 | $6,840.00 |
|---|---|---|---|---|
| Betsy Baruka Paralegal | N/A | .10 | $130.00 | $13.00 |
| Betsy Baruka Paralegal | N/A | .10 | $135.00 | $13.50 |

    Fee Totals:                    $58,670.50
Disbursement Totals:      $   893.14
Total Fee Application:     $60,456.78

3873065.1

## SECTION II
## SUMMARY OF SERVICES

| Services Rendered | Hours | Fee |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | 25 | $9,183.00 |
| b) **Asset Disposition:** Sales, leases, abandonment and related transaction work. | 22.2 | $10,350.00 |
| c) **Avoidance Action Litigation:** Preference and fraudulent transfer litigation. | 100.1 | $39,011.50 |
| d) **Business Operations:** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration:** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, US Trustee interim statements and operating reports; contacts with the US Trustee; general creditor inquiries. | 0.3 | $112.50 |
| f) **Claims Administration and Objections:** Specific claims inquiries; bar date motions; analyses, objections and allowance of claims. | 0.1 | $13.50 |
| g) **Employee Benefits/Pensions:** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications:** Preparations of employment and fee applications for self or others; motions to establish interim procedures. | | |
| i) **Fee Employment Objections:** Review of objections to the employment and fee applications of others. | | |
| j) **Financing:** Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | | |
| k) **Litigation:** Other than Avoidance Action Litigation (there should be a separate category established for each major matter) including motion to compel. | | |
| l) **Meeting of Creditors:** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) **Plan and Disclosure Statement:** | | |

3873065.1

| Services Rendered | Hours | Fee |
|---|---|---|
| Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |
| n) **Relief from Stay Proceedings:** Matters relating to termination or continuation of automatic stay under 362. | | |
| o) **Accounting/Auditing:** Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) **Business Analysis:** Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) **Corporate Finance:** Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) **Data Analysis:** Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection claims etc. | | |
| s) **Litigation Consulting:** Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting etc. | | |
| t) **Reconstruction Accounting:** Reconstructing books and records from past transactions and bringing account current. | | |
| u) **Tax Issues:** Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) **Valuation:** Appraise or review appraisal of assets. | | |
| **SERVICES TOTALS** | **147.7** | **$58,670.50** |

3873065.1

## SECTION III
## SUMMARY OF DISBURSEMENTS

| Disbursements | Amount |
|---|---|
| a) **Filing Fees**<br>Payable to Clerk of the Court | $273.00 |
| b) **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | $552.12 |
| c) **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) **Fax**<br>No. of Pages ____ Rate per Page ____ | |
| e) **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) **In-House Reproduction Services**<br>Exclusive of overhead charges. | |
| g) **Outside Reproduction Services**<br>Including scanning services. | |
| h) **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) **Court Reporting**<br>Transcripts. | |
| j) **Travel**<br>Mileage, tolls, airfare, parking. | $68.02 |
| k) **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) **Postage** | |
| m) **Other (specify)** | |
| **DISBURSEMENTS TOTAL** | **$893.14** |

I certify under penalty of perjury that the above is true.

Date: September 5, 2019

          */s/ Nancy Isaacson*
         Nancy Isaacson