

# Greenbaum Rowe Smith & Davis LLP
## COUNSELORS AT LAW

P.O. Box 5600 | Woodbridge, NJ | 07095
Telephone 732.549.5600 | Fax 732.549.1881
Federal Tax ID: 22-1544785

---

Nancy Isaacson, Chapter 7 Trustee
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, NJ  07068-3701

August 29, 2019
Invoice #    4178334
Client #    20790
Matter #    00264
Bill/Resp Atty.    NI / NI

## INVOICE SUMMARY

For professional services rendered through July 31, 2019:

**RE:  Isaacson, Nancy -Trustee
Vince Olsen - Debtor - Trustee Sale to Joe Huang**

| | |
|---|---|
| Professional Services | $ 2,835.00 |
| Total Disbursements | $ .00 |
| **TOTAL THIS INVOICE** | **$ 2,835.00** |

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178334                                                                                   August 29, 2019

## PROFESSIONAL SERVICES

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 4/01/19 | MEM | Revise attorney review letter and forward to purchaser's attorney | .20 | 90.00 |
| 4/02/19 | MEM | Email and telephone conference with attorney for buyer re: contract and requested mortgage contingency; strategize with N. Isaacson and broker re: same. | .30 | 135.00 |
| 4/03/19 | MEM | Emails with N. Isaacson and broker regarding buyer's deposit. | .20 | 90.00 |
| 4/15/19 | MEM | Telephone conference with Oren Klein re: appraiser seeking access to property | .20 | 90.00 |
| 4/25/19 | MEM | Email with title company re: buyer's title commitment; email with N. Isaacson re: same. | .20 | 90.00 |
| 4/30/19 | MEM | Telephone conference with office of attorney for Buyer re: amendment to contract to reflect deposit of $31,500 and confirm same; communicate with N. Isaacson re: title searches and amendment to contract. | .30 | 135.00 |
| 5/01/19 | MEM | Email with attorney for purchaser re: amendment to contract and email with N. Isaacson re: same. | .20 | 90.00 |
| 5/14/19 | MEM | Review Trustee's motion to sell property and title work; draft Trustee's Deed to purchaser. | 2.00 | 900.00 |
| 6/24/19 | MEM | Telephone conference with N. Isaacson and O. Klein re: order approving sale; email with attorney for purchaser re: same. | .40 | 180.00 |
| 6/26/19 | MEM | Email with N. Isaacson re: M. Greenwald's intention to vacate property by August 1; email with attorney for Buyer re: same. | .20 | 90.00 |
| 7/02/19 | MEM | Email with office of attorney for Buyer re: title commitment; email with title company re: same. | .10 | 45.00 |
| 7/08/19 | MEM | Prepare affidavit(s) of title, and other ancillary documents for client's review. | 1.00 | 450.00 |
| 7/15/19 | MEM | Emails with attorney for Buyer re: closing date; draft Greenwood's 1099. | .40 | 180.00 |
| 7/16/19 | MEM | Emails with attorney for purchaser and N. Isaacson re: condition of property and order allowing sale of same. | .30 | 135.00 |
| 7/31/19 | MEM | Strategize with N. Isaacson re: closing statement and required payoff figures. | .30 | 135.00 |
| | | **TOTAL** | **6.30** | **$ 2,835.00** |

2

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178334     August 29, 2019

**SUMMARY OF PROFESSIONAL SERVICES**

| Name | Atty | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| MAUREEN MONTAGUE | MEM | Counsel | 6.30 | 450.00 | 2,835.00 |
| **TOTAL** | | | **6.30** | | **$ 2,835.00** |

                          **TOTAL PROFESSIONAL SERVICES**     $ 2,835.00

                          **TOTAL THIS INVOICE**     $ 2,835.00



**Greenbaum Rowe Smith & Davis LLP**
COUNSELORS AT LAW

P.O. Box 5600 | Woodbridge, NJ | 07095
Telephone 732.549.5600 | Fax 732.549.1881
Federal Tax ID: 22-1544785

Nancy Isaacson, Chapter 7 Trustee
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, NJ  07068-3701

August 29, 2019
Invoice # 4178334
Client # 20790
Matter # 00264
Bill/Resp Atty. NI /NI

## REMITTANCE ADVICE

RE:  **Isaacson, Nancy -Trustee**
     **Vince Olsen - Debtor - Trustee Sale to Joe Huang**

| BALANCE DUE THIS INVOICE | $ 2,835.00 |
|---|---|

Please return this advice with payment to:
Greenbaum, Rowe, Smith & Davis LLP
Attn: Accounts Receivable
P.O. Box 5600
Woodbridge, New Jersey 07095

Payment by credit card:
We accept VISA, Mastercard, Discover and American Express
By telephone - call our Accounting Department at 732-476-2544

Online - use this link to make a secure payment
https://www.e-billexpress.com/ebpp/Greenbaum/

Payment by ACH or Wire Transfer:

**ACH PAYMENTS**
Wells Fargo Bank
Metuchen NJ
ABA# 021200025
Greenbaum, Rowe, Smith & Davis LLP
Attorney Business Account
Account # 2000010216840

**WIRE TRANSFERS**
Wells Fargo Bank
Metuchen NJ
ABA# 121000248
Greenbaum, Rowe, Smith & Davis LLP
Attorney Business Account
Account # 2000010216840

For International Wires
Swift Code WFBIUS6S
CHIPS Code 0407

**Please include the Invoice # 4178334 on the ACH payment or wire transfer**
**E-mail notifications should be sent to AR@greenbaumlaw.com**



# Greenbaum Rowe Smith & Davis LLP
### COUNSELORS AT LAW

P.O. Box 5600 | Woodbridge, NJ | 07095
Telephone 732.549.5600 | Fax 732.549.1881
Federal Tax ID: 22-1544785

Nancy Isaacson, Chapter 7 Trustee
Greenbaum, Rowe, Smith and Davis
75 Livingston Avenue
Roseland, NJ  07068-3701

August 29, 2019
Invoice # 4178289
Client # 20790
Matter # 00183
Bill/Resp Atty.  NI / NI

## INVOICE SUMMARY

For professional services rendered through July 31, 2019:

**RE:  Isaacson, Nancy -Trustee**
**Olsen, Vincent  Debtor**

|  |  |
|---|---|
| Professional Services | $ 55,835.50 |
| Total Disbursements | $ 893.14 |
| **TOTAL THIS INVOICE** | **$ 56,728.64** |

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                                                                          August 29, 2019

## PROFESSIONAL SERVICES

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 3/24/14 | FF | Review exemptions, email to N. Isaacson re: same; | .30 | 108.00 |
| 3/24/14 | FF | Review petition and documents re: assets; | .40 | 144.00 |
| 4/08/14 | FF | Review PSA from 2003 divorce for provisions regarding residence (.2) Review documents regarding value of residence (.2) Confer with Trustee regarding Montville former marital residence. (.2) Prepare correspondence to Debtor's former spouse regarding disposition of Montivlle real estate. (.5) phase A - Asset investigation and recovery. | .90 | 324.00 |
| 4/09/14 | FF | Revisions to correspondence to Debtor's former spouse regarding estate's interest in marital residence. | .20 | 72.00 |
| 5/13/14 | FF | Follow up email with Robert Stack (Debtor's counsel requesting documents relating to martial residence. | .20 | 72.00 |
| 5/14/14 | FF | Telephone conference with Robert Stack regarding post-petition transfer of former marital property. (.3) Confer with trustee regarding same(.1) | .40 | 144.00 |
| 5/16/14 | FF | Confer with N Isaacson regarding post petition transfer of former marital residence.(.2) Email to debtor's counsel regarding same.(3) Follow up emails with trustee (.1) | .60 | 216.00 |
| 5/16/14 | NI | Review Stack letter and post-petition deed; | 1.00 | 410.00 |
| 5/16/14 | BB | Letter to UST requesting CD transcript of hearing; | .10 | 13.00 |
| 6/03/14 | FF | Email to Robert Stack regarding post-petition transfer of interest in former marital residence. | .10 | 36.00 |
| 6/10/14 | FF | Email with R. Stack, re: post-petition transfer; | .10 | 36.00 |
| 6/24/14 | FF | Conference with trustee re: post-petition transfer of real estate (.1) email with Robert Stack re: same (.2) prepare draft consent order to undo deed (.1.1); | 1.40 | 504.00 |
| 7/01/14 | FF | Follow-up with Debtor's counsel regarding post-petition transfer; | .40 | 144.00 |
| 7/02/14 | FF | Emails with debtor's counsel re: consent order to set aside deed; | .20 | 72.00 |
| 7/07/14 | FF | Review consent order prepared by debtor's attorney (.2) telephone conference with debtor's attorney (.2) revise consent order (.7) obtain recorded deed (.2) conference with trustee (.1); | 1.40 | 504.00 |
| 7/15/14 | FF | Emails with Rob Stack re: consent order to avoid deed (.2) conference with N. Isaacson re: consent order (.1) review N. Isaacson changes to consent order (.1) prepare correspondence to Ms. Greenwald with consent order (.9); | 1.20 | 432.00 |
| 7/15/14 | NI | Review of Consent Order avoiding deed; | .30 | 123.00 |

2

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                                                                               August 29, 2019

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 7/16/14 | FF | Emails with R. Stack re: consent order (.1) revise correspondence to Ms. Greenwald with consent order (.2); | .30 | 108.00 |
| 7/21/14 | FF | Emails with R. Stack re: consent order to avoid post-petition transfer; | .20 | 72.00 |
| 7/22/14 | FF | Telephone conference with M. Greenwald re: consent order (.4) conference with trustee re: same (.2) email communications with M. Greenwald to follow up (.2); | .80 | 288.00 |
| 7/29/14 | FF | Telephone conference with attorney for Ms. Olsen re: consent order and possible sale of equity in property to co-owner; | .30 | 108.00 |
| 7/30/14 | FF | Telephone conference with Ms. Olsen re: consent order; | .20 | 72.00 |
| 8/01/14 | FF | Prepare/file application in support of entry of consent order (1.2) submit proposed consent order to Judge Steckroth (.4); | 1.60 | 576.00 |
| 8/14/14 | FF | Review "recorded" consent order avoiding deed (.1) correspondence with debtor's counsel re: same (.2) correspondence with Mary Greenwald re: same (.2); | .50 | 180.00 |
| 9/29/14 | FF | Review correspondence and submission re: Ms. Olsen's position re: equity in real estate; | .30 | 108.00 |
| 11/19/14 | FF | Review file regarding estate's interest in former marital residence(.5). Review correspondence and supporting documentation from counsel for ex-wife regarding estate's interest in former marital residence (.4). Legal research regarding effect of pre-petition marital settlement agreement on estate's interest in former marital residence. (.6) Confer with Trustee regarding same (.2) Prepare correspondence rejecting ex-wife's position and seeking offer good faith offer to purchase estate's interest in former marital residence. (.8) | 2.50 | 900.00 |
| 12/16/14 | FF | Review email from counsel for ex-spouse responding to demand for offer to purchase interest in former marital residence.(.2) Emails with counsel regarding same. (.2) Review case law provided by counsel in support of ex-spouse position regarding effect of provisions of Marital Settlement Agreement. (.3) | .70 | 252.00 |
| 2/02/15 | FF | Emails with counsel for Ms. Greenwald re: estate's interest in real estate (.2); | .20 | 75.00 |
| 2/17/15 | FF | Email with counsel for ex-wife re: status; | .20 | 75.00 |
| 2/19/15 | FF | Review caselaw and legal research provided by counsel for Ms. Greenwald (.8), numerous emails with counsel for Ms. Greenwald re: estate's interest in former marital residence (.8) conference with N. Isaacson re: nature of interest, strategy (.1); | 1.70 | 637.50 |
| 2/19/15 | NI | Numerous emails, re: equity in house; | .30 | 127.50 |
| 2/23/15 | FF | Review documents relevant to estate's interest in former marital residence (.4) prepare draft adversary complaint for authority to sell under sec. 363 (h) (2.7); | 3.10 | 1,162.50 |

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                  August 29, 2019

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 2/25/15 | FF | Emails with Brian Romanowsky re: claim to former marital home (.2) review Ms. Greenwald's budget document (.1); | .30 | 112.50 |
| 2/26/15 | FF | Review Ms. Greenwald's "ability to pay" documentation (.2); emails with b. Romanowsky, re: same (.2); | .40 | 150.00 |
| 2/27/15 | FF | Emails with B. Romanowsky, re: possible action for authority to sell former marital residence; | .40 | 150.00 |
| 3/09/15 | FF | Email to Trustee regarding status of negotiations with counsel for Mrs. Olsen (.3)  Telephone call with Brian Romanowski regarding import of marital settlement agreement as between Mrs. Olsen and trustee (.4) | .70 | 262.50 |
| 3/10/15 | FF | Email with trustee regarding status of negotiations on equity in former marital residence. | .10 | 37.50 |
| 3/13/15 | FF | Emails and telephone conference with Brian Romanowsky re: estate's interest in former marital residence of debtor; | .70 | 262.50 |
| 3/31/15 | FF | Emails with counsel for Debtor and for ex-wife of debtor regarding equity in former marital home and possible adversary proceeding. | .30 | 112.50 |
| 4/23/15 | BB | import claims; | .10 | 13.50 |
| 4/24/15 | FF | Review correspondence from debtor's counsel regarding claim against former spouse relating to former marital residence. (.2) Email to NI recommending commencement of adversary proceeding. (.2) | .40 | 150.00 |
| 4/27/15 | FF | Revise adversary complaint against Ms. Greenwald (.3)  Prepare summons (.3) Open adversary proceeding and file complaint with court.  (.3) Emails with attorneys for debtor and Ms. Greenwald regarding commencement of case.  (.2) | 1.10 | 412.50 |
| 4/30/15 | FF | Receipt of summons (.1)  Emails with Ms. Greenwald's counsel regarding authority to accept service (.2) | .30 | 112.50 |
| 5/01/15 | FF | Emails with Brian Romanowsky regarding adversary action against Ms. Greenwald. | .20 | 75.00 |
| 5/04/15 | FF | Correspondence to Ms. Greenwald to serve Summons and Complaint.  (.5) | .50 | 187.50 |
| 5/15/15 | FF | Conference with N. Isaacson re: Ms. Greenwald's call (.1) telephone call with Ms. Greenwald re: possible settlement of adversary with agreement to market real estate in 9 mos to sell in 12 (.4); | .50 | 187.50 |
| 5/15/15 | NI | Telephone call with former wife, re: adversary proceeding and sale of home; Interoffice conference with T. Waldman, re: same; | .40 | 170.00 |
| 5/19/15 | FF | Emails with Brian Romanowsky regarding settlement agreed to by Ms. Greenwald and trustee, extension of time and consent order. | .30 | 112.50 |

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                                                August 29, 2019

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 5/20/15 | FF | Numerous emails with Brian Romanowsky regarding objections to consent order to settlement Greenwald adversary proceeding, withdrawal of settlement offer, request for extension of time for answer. (7) Telephone conference with Mr. Romanowsky (.4) | 1.10 | 412.50 |
| 5/22/15 | FF | Emails and telephone conference with Brian Romanowsky regarding Defendant Marcy Greenwald's rejection of Consent Order language and retraction of settlement offer (.6) Prepare stipulation extending time for responsive pleading. (.4) | 1.00 | 375.00 |
| 5/27/15 | FF | Prepare stipulation to extend time for answer to adversary complaint against former wife. (.3) Email same to counsel for former wife (.1) | .40 | 150.00 |
| 6/04/15 | FF | Numerous emails with various counsel for IRS, Debtors and Debtor's matrimonial counsel regarding settlement of IRS claim and resolution of trustee's objection thereto. | .40 | 150.00 |
| 6/09/15 | FF | Emails with Brian Romanowsky and trustee regarding settlement proposal for adversary against ex wife, Ms. Greenwald. (.3) | .30 | 112.50 |
| 6/10/15 | FF | Email with Ms. Greenwald's counsel with Trustee's counter-offer for settlement of adversary proceeding. | .30 | 112.50 |
| 6/24/15 | FF | Emails with Brian Romanowsky with trustee's response to settlement proposal from Ms. Greenwald. | .20 | 75.00 |
| 6/26/15 | FF | Email completed w-9 to Special Counsel minus EIN number (.1) Emails with Special Counsel regarding same. (.2) | .30 | 112.50 |
| 6/29/15 | FF | Telephone conference with Nelson Dos Santos at Bankruptcy court regarding status of adversary proceeding (.2) Email with Brian Romanowsky regarding same and adjournment of pre trial conference. (.2) | .40 | 150.00 |
| 6/30/15 | FF | Emails with Brian Romanowsky regarding failure of settlement efforts (.2) Review stipulation extending time and revise same(.3) Correspondence with Mr. Romanowsky returning Stipulation (.1) | .60 | 225.00 |
| 7/01/15 | FF | Emails with N Isaacson and B Romanowsky regarding status and mailing of stipulation extending time. | .20 | 75.00 |
| 7/08/15 | FF | Review answer and separate defenses filed by Marcy Greenwald pro se. (.2) Emails with trustee regarding strategy going forward. (.2) | .40 | 150.00 |
| 7/13/15 | FF | Review proposed local rule 9019 re: mediation (.1), emails with N. Isaacson re: exemption for pro bono (.1); | .20 | 75.00 |
| 8/24/15 | FF | Telephone conference with Court re: pre-trial and status of scheduling order/mediation order (.2) follow up on email with defendant (.2); | .40 | 150.00 |
| 8/25/15 | FF | Prepare joint scheduling order (.2) emails with Ms. Greenwald re: same (.2) telephone conference with N. Dos Santos re: scheduling order mediation order (.2); | .60 | 225.00 |

5

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                                                                                                    August 29, 2019

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 8/31/15 | FF | Emails with Defendant Marcy Greenwald regarding mediation. | .20 | 75.00 |
| 10/08/15 | FF | Review notice of transfer of adversary to Judge Papalia; | .10 | 37.50 |
| 11/03/15 | FF | Review defendant Greenwald's answer to adversary complaint (.2) conference with trustee re: strategy (.2) legal research re: relative hardship under sec. 363 (h) of bankruptcy code (1.2); | 1.60 | 600.00 |
| 11/11/15 | FF | Prepare and finalize notice to produce and first set of interrogatories; | 2.30 | 862.50 |
| 12/09/15 | FF | Telephone conference with Ms. Greenwald re: discovery and need for extension; | .20 | 75.00 |
| 12/10/15 | FF | Prepare amended form of scheduling order (.3); submit to court (.1); email to M. Greenwald confirming receipt; (.1); | .50 | 187.50 |
| 12/16/15 | FF | Review entered amended scheduling order (.1); email to Ms. Greenwald (.1); | .20 | 75.00 |
| 1/15/16 | FF | Review file for scheduling issues (.2); emails with Ms. Greenwald, re: discovery responses (.2); | .40 | 156.00 |
| 1/25/16 | FF | Telephone conference and emails with M. Greenwald re: outstanding discovery; | .60 | 234.00 |
| 1/26/16 | FF | Telephone conference and email with Marcy Greenwald, re: discovery responses; | .20 | 78.00 |
| 2/10/16 | FF | Review debtor's correspondence to court re: settlement conference (.2); emails with Trustee re: same (.2); | .40 | 156.00 |
| 2/11/16 | FF | Prepare and file correspondence responding to defendant's requesting a settlement conference (1.7); review defendant's discovery responses (.4); | 2.10 | 819.00 |
| 2/17/16 | FF | Attention to rescheduling of status conference scheduled by Court; | .50 | 195.00 |
| 3/16/16 | FF | Review file in preparation of status conference (.3); emails with defendant, re: status conference (.2); | .50 | 195.00 |
| 3/17/16 | FF | Attend status conference before Judge Meisel (2.8); follow up telephone call and emails with counsel for Mrs. Greenwald and Trustee (.3); | 3.10 | 1,209.00 |
| 3/18/16 | FF | Follow up emails with client, re: possible resolution (.2); telephone conference with B. Romanovsky, re: same (.3); | .50 | 195.00 |
| 3/23/16 | FF | Attend status conference in Isaacson v. Greenwald (3.0); follow up emails with counsel for Ms. Greenwald and with client (.4); | 3.40 | 1,326.00 |
| 3/24/16 | FF | Telephone conference with J. Dezao, personal injury attorney for debtor's daughter, re: status of personal injury claims; | .60 | 234.00 |
| 3/25/16 | FF | Email to B. Romanowski, re: interactions with Greenwald daughter's personal injury attorney; | .50 | 195.00 |
| 3/30/16 | FF | Emails with counsel for defendant re: status and how to proceed; | .20 | 78.00 |

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                                                August 29, 2019

| Date    | Atty | Description of Service | Hours | Amount |
|---------|------|------------------------|-------|--------|
| 3/31/16 | FF   | Telephone conferences with B. Romanowsky re: status (.2) emails re: same (.2) correspondence with Court re: status (.3); | .70 | 273.00 |
| 4/01/16 | FF   | Review correspondence filed by adversary seeking additional time for settlement discussion; | .10 | 39.00 |
| 4/05/16 | FF   | Emails with Romanowsky re: possible settlement with Greenwald; | .20 | 78.00 |
| 4/06/16 | FF   | Emails with B. Romanowsky re: settlement proposed from Ms. Greenwald; | .20 | 78.00 |
| 4/07/16 | FF   | Telephone conference with Judge Meisel's chambers re: status (.3) emails with Brian Romanowsky re: same (.1) telephone conference with Romanowsky confirming no settlement offer (.2) prepare correspondence to Court re: status in light of no settlement (.5); | 1.10 | 429.00 |
| 4/08/16 | FF   | Review correspondence submitted by defendant to Judge Meisel; | .20 | 78.00 |
| 4/11/16 | FF   | Prepare and file letter in reply to defendant's status letter to Court; | .60 | 234.00 |
| 4/26/16 | FF   | Numerous emails with counsel for defendant re: status of case (.2); telephone conference with Judge Meisel's chambers, re: same (.2); | .40 | 156.00 |
| 4/27/16 | FF   | Telephone call with Judge Meisel's chambers, re: status of Greenwald adversary proceeding (.2); emails with B. Romanowski re: same (.2); | .40 | 156.00 |
| 5/05/16 | FF   | Attend status conference before Judge Meisel (2.0); emails with B. Romanowsky (.3); prepare proposed joint amended scheduling order (1.0); | 3.30 | 1,287.00 |
| 5/10/16 | FF   | Attention to Amending Scheduling Order in Greenwald matter (.4); emails with adversary (.4); | .80 | 312.00 |
| 5/11/16 | FF   | Further emails with M. Romanowski, re: form of Amended Scheduling Order (.9); confer with N. Isaacson, re: same (.1); revise amended scheduling order to include provision for supplemental discovery (.3); email proposed order to Chambers (.2); | 1.50 | 585.00 |
| 5/11/16 | FF   | Additional legal research, re: effect of marital settlement agreement provisions on equity of jointly owned property; | 1.40 | 546.00 |
| 5/12/16 | FF   | Research for summary judgment motion on 363(h) claim against Ms. Greenwald; | 1.60 | 624.00 |
| 5/17/16 | FF   | Review entered scheduling order (.1); calendar entries (.1); | .20 | 78.00 |
| 6/09/16 | FF   | Emails with adversary regarding appraisal (0.3); review appraisal (0.2); emails with trustee regarding approval (0.2); | .70 | 273.00 |
| 6/10/16 | FF   | Emails with Brian Romanowsky regarding liens against property co-owned with Ms. Greenwald (0.2); email with Robert Stack to obtain current mortgage information (0.1); | .30 | 117.00 |

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                                                                           August 29, 2019

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 6/14/16 | FF | Telephone call with R. Stack's office, re: mortgage documents (.1); emails with B. Romanowsky, re: tax lien and IRS lien against real estate (.2); | .30 | 117.00 |
| 6/16/16 | FF | Emails with B. Romanowski, re: liens against real estate co-owned with Ms. Greenwald (.3); review property tax lien (.2); | .50 | 195.00 |
| 6/21/16 | FF | Emails with Mr. Romanowsky, re: filing deadline for summary judgment motion; | .20 | 78.00 |
| 6/22/16 | FF | Emails with B. Romanowsky, re: status of adversary proceeding (.2); text messages with debtor's counsel, re: Bank of America mortgage status (.1); | .30 | 117.00 |
| 6/24/16 | FF | Legal research and drafting of papers for dispositive motion | 5.30 | 2,067.00 |
| 6/27/16 | FF | Telephone calls with counsel for debtor, re: Bank of America loan and lien (.2); confer with N. Isaacson, re: status of adversary proceeding against former wife and strategy (.4); emails with B. Romanowsky, re: extension of dates in scheduling order (.2) | .80 | 312.00 |
| 6/28/16 | FF | Emails with debtor's counsel re: status of request for payoff information; | .30 | 117.00 |
| 6/29/16 | FF | Review amended scheduling order(.1); email to debtor's counsel re: payoff figure on Bank of America loan (.1); | .20 | 78.00 |
| 7/05/16 | FF | Emails with Robert Stack regarding Bank of America pay-off; | .20 | 78.00 |
| 7/05/16 | FF | Review payoff letter and emails with Ms. Greenwald's counsel; | .20 | 78.00 |
| 7/12/16 | FF | Receipt and review of payoff information for Ms. Greenwald's mortgage (.2); confer with N. Isaacson, re: possible motion to summary judgment (.2); | .40 | 156.00 |
| 7/15/16 | FF | Emails with B. Romanowsky, re: Ms. Greenwald's certification in support of dispositive motion; | .30 | 117.00 |
| 7/20/16 | FF | Emails with B. Romanowsky, re: estimate of equity available to estate in real property; | .30 | 117.00 |
| 7/27/16 | FF | Work on SJ papers; | 2.80 | 1,092.00 |
| 7/28/16 | FF | Finish revisions to certification in support of SJ motion (.3); prepare other necessary papers for SJ motion, revise and file same (5.2); | 5.50 | 2,145.00 |
| 8/01/16 | FF | Confer with Bankruptcy court regarding chambers rules on lengthy pleadings and courtesy copies (.2) attention to courtesy copies of pleadings for Judge Meisel. (.2) | .40 | 156.00 |
| 8/09/16 | FF | Emails with Romanowsky, re: scheduling for motion papers; | .20 | 78.00 |
| 8/18/16 | FF | Legal research regarding constructive trust issue raised by Defendant in her summary judgment papers (1.2) Telephone conference with Nelson DosSantos regarding scheduling issues. (.2) | 1.40 | 546.00 |

8

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                              August 29, 2019

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 8/19/16 | FF | Emails with Brian Romanowsky regarding status and trustee's current position with regard to possible settlement. | .30 | 117.00 |
| 8/22/16 | FF | Emails with Brian Romanowsky regarding legal position in response to case law cited by Defendant Greenwald in Section 363 (h) action to sell co owners interest and trustee's interest in real property. (.3) | .30 | 117.00 |
| 8/23/16 | FF | Telephone conference with Nelson DosSantos of Bankruptcy Court regarding scheduling of pending motions for summary judgment and adjournment of trial date (.2) | .20 | 78.00 |
| 9/12/16 | FF | Begin work on opposition to Ms. Greenwald's summary judgment motion (2.1); confer and send emails with adversary, re: adjournment (.2); prepare/submit adjournment request (.3); | 2.60 | 1,014.00 |
| 9/23/16 | FF | In depth review of motion papers filed by both parties (.8); Legal research re constructive trust law, trustee's lien holder status (1.9); Prepare response to Defendant's statement of facts as to which there is no dispute (1.2); Begin draft of brief in opposition to Defendant's summary judgment motion (1.3) | 5.20 | 2,028.00 |
| 9/26/16 | FF | Continue work on summary judgment opposition papers; | 4.10 | 1,599.00 |
| 9/27/16 | FF | Revise, finalize and file summary judgment opposition brief (2.0); review Defendant's opposition papers (.3); | 2.30 | 897.00 |
| 9/28/16 | FF | Emails with adversary regarding cross motions for summary judgment; | .20 | 78.00 |
| 9/29/16 | FF | Emails with adversary re: cross-motion for summary judgment; | .20 | 78.00 |
| 10/04/16 | FF | Prepare for oral argument of summary judgment motion (.8); attend summary judgment motion hearing (2.8); | 3.60 | 1,404.00 |
| 10/05/16 | FF | Follow up telephone call with B. Romanowsky, re: 2007 Bank of America refinance documents (.2); prepare and serve R. 2004 Subpoena on Bank of America to obtain documents re: 2007 refinance (.7); email with debtor's counsel to obtain 2007 loan documents (.2); | 1.10 | 429.00 |
| 10/11/16 | FF | Emails with B. Romanowsky, re: status of his client's production of Bank of America documents and service of subpoena on Bank of America (.3); | .30 | 117.00 |
| 10/13/16 | FF | Telephone conference with Bank of America re: 2004 Subpoena for documents, re: 2007 refinance (.2); emails with B. Romanowsky, re: same (.2); | .40 | 156.00 |
| 10/18/16 | FF | Telephone conferences with Debtor regarding subpoena to Bank of America, 2007 refinance of HELOC secured by mortgage on Montville residence, status of matter (.4) Email with Debtor with copy of subpoena (.1) | .50 | 195.00 |

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                                                August 29, 2019

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 10/19/16 | FF | Emails with Brian Romanowsky regarding Bank or America refinance documents | .30 | 117.00 |
| 10/20/16 | FF | Review documents relating to Bank of America refinance (.6); email with counsel, re: same (.6); | .90 | 351.00 |
| 10/24/16 | FF | Telephone conference with Judge Meisel's chambers (.2); emails with adversary, re: status of production of refinance documents (.2); | .40 | 156.00 |
| 10/28/16 | FF | Review documents produced by Bank of America (.2); confer with N. Isaacson, re: same (.1); emails with B. Romanowsky to transmit and re: Bank of America documents and procedure going forward (.3); | .60 | 234.00 |
| 10/31/16 | FF | Emails with B. Romanowsky, re: submission of Bank of America documents to court and procedural for supplemental briefs (.2); telephone conference with Judge Meisel's chambers, re: same (.1); | .30 | 117.00 |
| 11/02/16 | FF | Begin draft of supplemental submission on cross motions for summary judgment; | 1.20 | 468.00 |
| 11/03/16 | FF | Legal research, re: contract law issues for supplemental letter brief (1.2); prepare draft certification in further support of summary judgment (2.1); review and assemble exhibits (.6); emails with adversary, re: same (.2); begin draft supplemental letter brief in support of summary judgment (1.5); | 5.60 | 2,184.00 |
| 11/04/16 | FF | Complete, revise, finalize, file and serve supplemental papers in support of summary judgment motion (3.8); receipt and review of supplemental papers filed on behalf of defendant, Marcy Greenwald (.4); | 4.20 | 1,638.00 |
| 1/25/17 | FF | Emails with B. Romanowsky, re: status of adversary proceeding; | .10 | 40.00 |
| 2/14/17 | FF | Telephone conference with Judge Meisel's chambers re: status of summary judgment motions; (.2); emails with B. Romanowsky, re: same (.1); | .30 | 120.00 |
| 2/15/17 | FF | Emails with B. Romanowsky, re: status of summary judgment motions (.1); telephone conference with Judge Meisel's chambers, re: same (.1); | .20 | 80.00 |
| 3/30/17 | FF | Review text entry from Judge Meisel's chambers re: defendant's proposed consent order(.1) Emails with N Isaacson regarding same. (.1) | .20 | 80.00 |
| 7/21/17 | NI | Receive and review summary judgment decision and order; email to adversary, re: same; | .80 | 360.00 |
| 2/21/18 | NI | Telephone conference with Joanna Brick regarding same of home; review file. | .80 | 360.00 |
| 7/13/18 | NI | Receive and review motion to compel abandonment; telephone conference with several brokers to sell property. | .50 | 225.00 |
| 7/18/18 | NI | Email with Mr. Greenwald's counsel re: settlement; retain broker. | .80 | 360.00 |

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                                                                               August 29, 2019

| Date | Atty | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 7/30/18 | NI | Prepare objection to motion to compel abandonment. | 1.20 | 540.00 |
| 10/02/18 | NI | Telephone conference with creditors re: balance; email to Mary Greenwald. | .30 | 135.00 |
| 1/22/19 | NI | Telephone conference with Oren re:sale; telephone conference with Court re: motion to compel abandonment; calculate price for auction; email Oren. | .90 | 427.50 |
| 1/25/19 | NI | Review consent proposal. | .20 | 95.00 |
| 1/31/19 | NI | Attention to Contract for Sale of Real Estate. | .20 | 95.00 |
| 2/27/19 | NI | Email to co-owner. | .20 | 95.00 |
| 4/01/19 | NI | Review and revise attorney review letter; respond to creditor questions. | .40 | 190.00 |
| 5/06/19 | NI | Prepare Motion and Notice to Approve Sale. | 3.00 | 1,425.00 |
| 5/07/19 | NI | Revise sale motion. | .80 | 380.00 |
| 5/08/19 | NI | Prepare motion to sell; email from and to Marcy re: lien on her interest. | 3.20 | 1,520.00 |
| 5/13/19 | NI | Finalize, efile and serve sale motion. | 2.00 | 950.00 |
| 5/15/19 | NI | Email to and from M. Greenwald re: liens. | .20 | 95.00 |
| 6/03/19 | NI | Receive and review Mary Greenwald's objection to sale; email re: same. | .50 | 237.50 |
| 6/07/19 | NI | Email to adversary re: hearing date and time. | .20 | 95.00 |
| 6/24/19 | NI | Attend sale hearing (2.0). | 2.00 | 950.00 |
| 7/16/19 | NI | Prepare Amended Sale Order. | .40 | 190.00 |
| 7/30/19 | NI | Submit Amended Sale Order to chambers. | .20 | 95.00 |
|  |  | TOTAL | 141.40 | $ 55,835.50 |

11

# Greenbaum Rowe Smith & Davis LLP

Invoice # 4178289                                                         August 29, 2019

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Atty | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| THOMAS A. WALDMAN | FF | Counsel | 15.20 | 360.00 | 5,472.00 |
| THOMAS A. WALDMAN | FF | Counsel | 23.30 | 375.00 | 8,737.50 |
| THOMAS A. WALDMAN | FF | Counsel | 81.10 | 390.00 | 31,629.00 |
| THOMAS A. WALDMAN | FF | Counsel | .80 | 400.00 | 320.00 |
| NANCY ISAACSON | NI | Partner | 1.30 | 410.00 | 533.00 |
| NANCY ISAACSON | NI | Partner | .70 | 425.00 | 297.50 |
| NANCY ISAACSON | NI | Partner | 4.40 | 450.00 | 1,980.00 |
| NANCY ISAACSON | NI | Partner | 14.40 | 475.00 | 6,840.00 |
| Betsy Baruka | BB | Paralegal | .10 | 130.00 | 13.00 |
| Betsy Baruka | BB | Paralegal | .10 | 135.00 | 13.50 |
| TOTAL | | | 141.40 | | $ 55,835.50 |

**TOTAL PROFESSIONAL SERVICES**      $ 55,835.50

## DISBURSEMENTS DETAILS

| Date | Description | Amount |
|---|---|---|
| 8/05/14 | Morris County Clerk | 92.00 |
| 3/17/16 | Thomas A. Waldman: | 19.34 |
| 5/05/16 | Thomas A. Waldman: | 24.34 |
| 6/24/16 | Lexis | 183.50 |
| 9/13/16 | Lexis | 368.62 |
| 10/04/16 | Thomas A. Waldman: | 24.34 |
| 5/13/19 | Filing Fees - Depository Acct, AMEX COST, 5/14/2019 - U.S.Bankruptcy Court - District of New Jersey | 181.00 |
| | TOTAL | $ 893.14 |

## DISBURSEMENTS SUMMARY

| Description | Amount |
|---|---|
| Filing Fees - Depository Acct | 181.00 |
| Out of Town Travel | 68.02 |
| Lexis | 552.12 |
| Morris County Clerk | 92.00 |
| TOTAL | $ 893.14 |

**TOTAL DISBURSEMENTS**      $ 893.14

**TOTAL THIS INVOICE**      $ 56,728.64



# Greenbaum Rowe Smith & Davis LLP
COUNSELORS AT LAW

P.O. Box 5600 | Woodbridge, NJ | 07095
Telephone 732.549.5600 | Fax 732.549.1881
Federal Tax ID: 22-1544785

Nancy Isaacson, Chapter 7 Trustee
Greenbaum, Rowe, Smith and Davis
75 Livingston Avenue
Roseland, NJ  07068-3701

August 29, 2019
Invoice #   4178289
Client #    20790
Matter #    00183
Bill/Resp Atty.   NI /NI

## REMITTANCE ADVICE

**RE:  Isaacson, Nancy -Trustee
Olsen, Vincent  Debtor**

**BALANCE DUE THIS INVOICE**                                             **$ 56,728.64**

| | |
|---|---|
| Please return this advice with payment to: | Greenbaum, Rowe, Smith & Davis LLP<br>Attn: Accounts Receivable<br>P.O. Box 5600<br>Woodbridge, New Jersey 07095 |
| Payment by credit card: | We accept VISA, Mastercard, Discover and American Express<br>By telephone - call our Accounting Department at 732-476-2544<br><br>Online - use this link to make a secure payment<br>https://www.e-billexpress.com/ebpp/Greenbaum/ |
| Payment by ACH or Wire Transfer: | **ACH PAYMENTS**         **WIRE TRANSFERS**<br>Wells Fargo Bank           Wells Fargo Bank<br>Metuchen NJ                Metuchen NJ<br>ABA# 021200025             ABA# 121000248<br>Greenbaum, Rowe, Smith & Davis LLP   Greenbaum, Rowe, Smith & Davis LLP<br>Attorney Business Account  Attorney Business Account<br>Account # 2000010216840    Account # 2000010216840<br><br>                           For International Wires<br>                           Swift Code WFBIUS6S<br>                           CHIPS Code 0407 |

**Please include the Invoice # 4178289 on the ACH payment or wire transfer
E-mail notifications should be sent to AR@greenbaumlaw.com**