UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS LLP
75 LIVINGSTON AVE.
ROSELAND, NJ 07068
(973)535-1600
Attorneys for Nancy Isaacson, Chapter 7 Trustee

**Order Filed on October 2, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

VINCENT I. OLSEN,

                Debtor.

Case No.:    14-11273

Hearing Date: _____

Judge:    SLM

Chapter:    7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Greenbaum, Rowe, Smith & Davis, LLP<br>Counsel to Nancy Isaacson, Chapter 7 Trustee | $58,670.50 | $893.14 |

*rev.8/1/15*